# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

Clifford W. Taylor,
Chief Justice

136544

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

STATE FARM FIRE AND CASUALTY
COMPANY,
        Plaintiff-Appellee,

v

ROBERT HOSKINS,
        Defendant-Appellant.

SC: 136544
COA: 282037
Calhoun CC: 06-003964-NZ

_____/

On order of the Court, the application for leave to appeal the April 17, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

Clerk

p0828